

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-12-01029-CR

Style:        Union Pacific Railroad Company

**v** Estate of Geronimo Gutierrez, Deceased; Amelia Gutierrez and Adrian Gutierrez, Individually and in their capacities as dependents of Geronimo Gutierrez, deceased; and Amelia Gutierrez, in her capacity as administratrix of the estate of Geronimo Gutierrez

Date motions filed[*]:        January 30, 2013

Type of motions:        Motion for permission to participate on a pro hac vice basis; Motion in support of motion for permission to participate on a pro hac vice basis

Parties filing motions:        Daniel J. Coehn; Appellees

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:

     Original due date:

     Number of previous extensions granted:        Current Due date:

     Date Requested:

Ordered that motions are:

     ☑     Granted

         If document is to be filed, document due:

         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

Judge's signature:    /s/ Jim Sharp

         ☑ Acting individually      ☐ Acting for the Court

Panel consists of     _____

Date: May 8, 2013

November 7, 2008 Revision